E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
(702) 364-1234  Telephone
(702) 364-1442  Facsimile
Ebbesqltd@yahoo.com

*Attorney for Plaintiff,*
*Shane Lee Brown*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE LEE BROWN,<br><br>            Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; The CITY OF HENDERSON; DOE OFFICERS I through X, inclusive; and ROES XI through XX, inclusive,<br><br>            Defendants. | Case No.:<br><br><br><br><br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, SHANE LEE BROWN, individually, certifies that the following have an interest in the outcome of this case:

No one other than the named parties.

///

///

///

///

///

///

These representations are made in order to enable judges of the Court to evaluate possible recusal.

DATED this 7th day of January, 2022.

                    E. BRENT BRYSON, LTD.

By *s/E. Brent Bryson*
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
3202 West Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Plaintiff*