E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 364-1234  Telephone
(702) 364-1442  Facsimile
Ebbesqltd@yahoo.com

*Attorney for Plaintiff,*
*Shane Lee Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANE LEE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; The CITY OF HENDERSON; DOE OFFICERS I through X, inclusive; and ROES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00041-CDS-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff, SHANE LEE BROWN, by and through his attorney of record, Mr. E. Brent Bryson, Esq. of the law firm E. Brent Bryson, Ltd., and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through its attorney of record, Nicholas D. Crosby, Esq. of the law firm of Marquis Aurbach, and CITY OF HENDERSON, by and through its attorney of record, Brian R. Reeve, Esq., Assistant City Attorney (collectively "the parties"), that the parties agree as follows:

///

///

///

1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice as to Plaintiff Shane Lee Brown and Defendants Las Vegas Metropolitan Police Department and City of Henderson; and

2. Each party will bear its own attorney fees and costs.

DATED this 15th day of July, 2022.

E. BRENT BRYSON, LTD.

By: s/E. Brent Bryson
    E. Brent Bryson, Esq.
    Nevada Bar No. 004933
    3202 W. Charleston Blvd.
    Las Vegas, Nevada 89102
    *Attorney for Plaintiff*

DATED this 15th day of July, 2022.

MARQUIS AURBACH

By: s/ Nicholas D. Crosby
    Nicholas D. Crosby, Esq.
    Nevada Bar No. 008996
    Susan E. Gillespie, Esq.
    Nevada Bar No. 015227
    10001 Park Run Drive
    Las Vegas, NV 89145
    *Attorneys for Defendant*
    *Las Vegas Metropolitan Police*
    *Department*

DATED this 18th day of July, 2022.

CITY OF HENDERSON

By: s/ Brian R. Reeve
    Brian R. Reeve, Esq.
    Nevada Bar No. 10197
    240 Water St.
    Henderson, NV 89015
    *Attorney for Defendant*
    *City of Henderson*

## ORDER

IT IS SO ORDERED this 19th day of July, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of E. Brent Bryson, Ltd., and that on this 18th day of July, 2022, I caused to be sent via Electronic Court Filing filing, a true and correct copy of the above and foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the following:

MARQUIS AURBACH
Nicholas D. Crosby, Esq.
Susan E. Gillespie, Esq.
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.942.2136
f | 702.382.5816
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

City of Henderson
Brian R. Reeve, Esq.
Assistant City Attorney
240 S. Water St.
Henderson, NV 89015
*Attorney for Defendant City of Henderson*

/s/: Ronald Hirsch
An Employee of E. BRENT BRYSON, LTD.